

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-14-00188-CV

**TERRANCON CONSULTANTS, INC.,**

**Appellant**

**v.**

**AMERICAN CAMPUS DEVELOPMENT
(SHSU) GP, LLC, ET AL,**

**Appellees**

_____

**From the 12th District Court
Walker County, Texas
Trial Court No. 26476**

---

## MEMORANDUM OPINION

---

Appellant has filed a "Motion to Dismiss Appeal." *See* TEX. R. APP. P. 42.1(a)(1).

Dismissal of this appeal would not prevent a party from seeking relief to which it

would otherwise be entitled. The motion is granted, and the appeal is dismissed. Costs

of appeal are taxed against Appellant. *See* TEX. R. APP. P. 42.1(d).

REX D. DAVIS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion granted; appeal dismissed
Opinion delivered and filed July 24, 2014
[CV06]